# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 66 WM 2020
            :
      Respondent   :
            :
            :
     v.       :
            :
            :
JOSEPH BORIS ZINNER,   :
            :
      Petitioner    :

## ORDER

**PER CURIAM**

  **AND NOW**, this 29th day of July, 2020, the Application to Exceed the Maximum Length Outlined in Pa.R.A.P. 1115(f) is DENIED.  Counsel is DIRECTED to file a compliant Petition for Allowance of Appeal within 30 days.